| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Cohen, Mark H. | 2. Court or Organization<br><br>United States District Court Northern District of Georgia | 3. Date of Report<br><br>01/06/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>[✓] Nomination  Date 01/06/2014<br>[ ] Initial   [ ] Annual   [ ] Final<br><br>5b. [ ] Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/26/2013 |

| 7. Chambers or Office Address<br><br>Troutman Sanders LLP<br>5200 Bank of America Building<br>600 Peachtree Street, N.E.<br>Atlanta, GA 30308 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Partner | Troutman Sanders LLP |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Troutman Sanders LLP (Salary) | $300,000.00 |
| 2. 2012 | Troutman Sanders LLP (Salary) | $368,710.75 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS - *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Bank of America (accounts) | A | Interest | M | T | | | | | |
| 2. | Keyworth Bank (CD) | B | Interest | M | T | | | | | |
| 3. | The Private Bank (CD) | B | Interest | M | T | | | | | |
| 4. | Brokerage Account | | | | | | | | | |
| 5. | --Cambiar Opportunity Fund CAMWX | A | Int./Div. | K | T | | | | | |
| 6. | --William Blair Int'l Growth Fund BIGIX | A | Int./Div. | K | T | | | | | |
| 7. | --Delaware U.S. Growth Fund DEUIX | A | Int./Div. | K | T | | | | | |
| 8. | --Delaware Value Fund DDVIX | A | Int./Div. | K | T | | | | | |
| 9. | --Dreyfus Appreciation Fund DGAGX | A | Int./Div. | K | T | | | | | |
| 10. | --Eagle Small Cap Growth Fund HSIIX | A | Int./Div. | J | T | | | | | |
| 11. | --First Eagle Overseas Fund SGOIX | A | Int./Div. | J | T | | | | | |
| 12. | --John Hancock Classic Value Fund JCVIX | A | Int./Div. | K | T | | | | | |
| 13. | --Harbor Int'l Fund HAINX | A | Int./Div. | K | T | | | | | |
| 14. | --Hotchkis & Wiley Mid-Cap Value Fund HWMIX | A | Int./Div. | J | T | | | | | |
| 15. | --Invesco Global Real Estate Fund ARGYX | A | Int./Div. | J | T | | | | | |
| 16. | --Keeley Small Cap Value Fund KSCIX | A | Int./Div. | J | T | | | | | |
| 17. | --Lazard Emerging Equity Fund LZEMX | A | Int./Div. | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --Times Square Mid Cap Growth Fund TMDPX | A | Int./Div. | J | T | | | | | |
| 19. --Morgan Stanley Inst'l Mid-Cap Growth Fund MPEGX | A | Int./Div. | J | T | | | | | |
| 20. --Oppenheimer Devel. Markets Fund ODVYX | A | Int./Div. | J | T | | | | | |
| 21. --PIMCO Commodity Real Return Strategy Fund PCRIX | A | Int./Div. | J | T | | | | | |
| 22. --Guggenheim Mid-Cap Value Fund SEVAX | A | Int./Div. | K | T | | | | | |
| 23. --Touchstone Large Cap Growth Fund TIQIX | A | Int./Div. | K | T | | | | | |
| 24. --Victory Small Co. Opportunity Fund VSOIX | A | Int./Div. | J | T | | | | | |
| 25. --Wells Fargo Adv. Emerg. Growth Fund WEMIX | A | Int./Div. | J | T | | | | | |
| 26. --Goldman Sachs Fin. Sq. Treasury Instrum. Fund FTIXX | A | Int./Div. | J | T | | | | | |
| 27. IRA Account #1 | E | Int./Div. | M | T | | | | | |
| 28. --AT&T stock (common) | | | | | | | | | |
| 29. --Coca-Cola Co. stock (common) | | | | | | | | | |
| 30. --Johnson & Johnson stock (common) | | | | | | | | | |
| 31. --Southern Co. stock (common) | | | | | | | | | |
| 32. --Hewlitt-Packard Sr. Unsecured Notes | | | | | | | | | |
| 33. --Suntrust Bank Subord. Bonds | | | | | | | | | |
| 34. IRA Account #2 | E | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --Wells Fargo Stable Return Fund | | | | | | | | | |
| 36. --PIMCO Real Return Fund PRRIX | | | | | | | | | |
| 37. --Vanguard Mid-Cap Index Fund VMCIX | | | | | | | | | |
| 38. --Nuveen Real Estate Securities Fund FARCX | | | | | | | | | |
| 39. IRA Account #3 | D | Int./Div. | N | T | | | | | |
| 40. --Invesco Growth & Income Fund ACGQX | | | | | | | | | |
| 41. --Artisan Mid-Cap Value Fund ARTQX | | | | | | | | | |
| 42. --Morgan Stanley Inst. Mid-Cap Growth Fund MPEGX | | | | | | | | | |
| 43. --Vanguard All-World ex-U.S. Index Fund VFWSX | | | | | | | | | |
| 44. --Oakmark Equity Income Fund OAKBX | | | | | | | | | |
| 45. --PIMCO Total Return Fund PTTRX | | | | | | | | | |
| 46. --Galliard Retirement Income Fund | | | | | | | | | |
| 47. New York Life: Whole Life Policy | A | Dividend | K | T | | | | | |
| 48. Troutman Sanders Cash Balance Plan | D | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Cohen, Mark H. | 01/06/2014 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark H. Cohen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks (including CDs) | | 322 | 803 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 690 | 756 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 71 | 366 |
| Real estate owned – personal residence | | 395 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 125 | 000 | | | | |
| Cash value-life insurance | | 33 | 674 | | | | |
| Other assets itemize: | | | | | | | |
| Troutman Sanders Cash Balance Plan | | 77 | 471 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 71 | 366 |
| | | | | Net Worth | 2 | 573 | 338 |
| Total Assets | 2 | 644 | 704 | Total liabilities and net worth | 2 | 644 | 704 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |